IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KOUFRA GIRVEN,

    Plaintiff,

v.                                                            Case No. 21-cv-0448 DHU/KK

LT. GENERAL SCOTT SPELLMON,

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

THIS MATTER is before the Court on the motion of Defendant Lt. General Scott Spellmon, Chief of Engineers and Commanding General, Department of the Army, Corps of Engineers, to vacate the settlement conference set for September 27, 2022, at 9:30 a.m. *See* Docs. 41, 47. The Court notes that Plaintiff does not take a position on the motion. The motion is well-taken.

IT IS THEREFORE ORDERED that the pre-Settlement Conference set for September 19, 2022, and the Settlement Conference set for September 27, 2022, and associated deadlines be vacated.

IT IS SO ORDERED.

*/s/ Kirtan Khalsa*
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE