IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KOUFRA GIRVEN,

    Plaintiff,

v.                                               Case No. 21-cv-448 DHU/KK

LT. GENERAL SCOTT SPELLMON,

    Defendant.

## ORDER GRANTING DEFENDANT
## LEAVE TO FILE A REPLY WITH UP TO 22 PAGES

THIS MATTER is before the Court on the unopposed motion of Defendant Lt. General Scott Spellmon for enlargement of the page limit for Defendant's Reply. (Doc. 57.) The Court notes that Plaintiff does not oppose the motion.

IT IS THEREFORE ORDERED that Defendant is granted leave to file a Reply that exceeds the page limit set by D.N.M.LR-Civ. 7.5 by ten pages.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE